# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
        v. ) 1: 09-CR-00322 LJO
         )
EFREN MARQUEZ-BARRAZA )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum        ( ) Ad Testificandum.

Name of Detainee:    Efren Marquez-Barraza

Detained at (custodian):    Centinela State Prison

Detainee is:  a.)  (**X**) charged in this district by:
        (**X**) Indictment    ( ) Information    ( ) Complaint
        Charging Detainee With: **8 U.S.C. § 1326(a) & (b)(2) - Deported Alien Found in the United States.**

or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  (**X**) return to the custody of detaining facility upon termination of proceedings
or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:  /s/Susan Phan
Printed Name & Phone No: Susan Phan (559) 497-4000
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, "FORTHWITH" and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

12/11/2009        /s/ Gary S. Austin
Date        United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Efren Marquez; Efran Marquez | Male X | Female |
| Booking or CDC #: | V-84962 | DOB: | |
| | Release Date: 12/24/2009 | Race: | |
| | | FBI #: | 843546KA7 |

Facility Phone:
Currently Incarcerated For:

### RETURN OF SERVICE

Executed on _____ by _____    _____
        (Signature)

C:\WINDOWS\Temp\notes101AA1\efren marquez-barraza.wpd
Form Crim-48    Revised 11/19/97